**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 99-6454

———————

MICHAEL CLARK,

Plaintiff - Appellant,

versus

COMMONWEALTH OF VIRGINIA; VIRGINIA DEPARTMENT
OF CORRECTIONS; L. W. HUFFMAN; R. A. KLINE,
Superintendent, Red Onion State Prison; C. E.
HENRY, Sgt.; T. M. HALLOCK, Officer, Red Onion
State Prison; B. KITTOE; R. FRIDLEY, Officer,
Red Onion State Prison,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Jackson L. Kiser, Senior District Judge. (CA-99-144-7)

———————

Submitted: June 17, 1999        Decided: June 23, 1999

———————

Before MURNAGHAN and TRAXLER, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Michael Clark, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael Clark, a Virginia inmate, appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint under 28 U.S.C.A. § 1915A (West Supp. 1998). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See Clark v. Virginia, No. CA-99-144-7 (W.D. Va. Mar. 23, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2